# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC, ET AL<br>Plaintiff(s),<br>v.<br><br>K H MOUNTAIN, A Hong Kong company<br>Defendant(s). | CASE NUMBER:<br>SACV10-01978 CJC(PLAx)<br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of **K H Mountain, a Hong Kong company** for the following reason(s)   RE: APPLICATION (Document #11)

- X  Service of Process re: Summons and Complaint is foreign service. A Clerk is not authorized to determine proper foreign service. This type of service may be considered by the Judge assigned.
- ☐  Proof of Service is lacking required information
- ☐  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ☐  Time to respond has not expired
- ☐  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
  - ☐  Request forwarded to assigned Judge for consideration
- ☐  Party dismissed from action on
- ☐  Case terminated on
- ☐  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

The Clerk cannot enter the requested **Default Judgment** against **K H Mountain, a Hong Kong company** for the following reason(s) RE: REQUEST (Document #9)

- X  No Entry of Default on file.
- X  Service of Process re: Summons and Complaint is foreign service. A Clerk is not authorized to determine proper foreign service. This type of service may be considered by the Judge assigned..
- ☐  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ☐  An Affidavit of the amount due must accompany the plaintiff's request for default judgment
- ☐  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ☐  Amount sought is not for a sum certain or cannot be computed to a sum certain
- ☐  Attorney Fees sought not in compliance with Local Rule 55-3
- ☐  Amount sought for costs is incorrect
- ☐  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default reconsidered**.

CLERK OF COURT

By:   R. La Chapelle
        Deputy Clerk