1 | Michael K. Friedland (SBN 157,217)
mfriedland@kmob.com
2 | Paul N. Conover (SBN 192,358)
pconover@kmob.com
3 | Ali S. Razai (SBN 246,922)
ali.razai@kmob.com
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
5 | Irvine, CA  92614
Telephone: (949) 760-0404
6 | Facsimile:  (949) 760-9502

# J S - 6

7 | Attorneys for Plaintiffs Oakley, Inc. and Eye Safety Systems, Inc.

8 | NOTE: CHANGES MADE BY THE COURT

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | SOUTHERN DIVISION

13

14 | OAKLEY, INC., a Washington
corporation; EYE SAFETY SYSTEMS,
15 | INC., a Delaware corporation

) Case No.
)
) SACV 10-cv-01978 CJC (PLAx)
)
16 | Plaintiffs,

) [PROPOSED] REVISED FINAL
) JUDGMENT; PERMANENT
17 | 

) INJUNCTION
)
18 | v.

)
)
19 | KH MOUNTAIN, a Hong Kong company,

)
)
20 | Defendant.

)
)
21 | 

)
)
22 | 

)
)
23 | 

)

24

25

26

27

28

Per the Court's request Plaintiffs Oakley, Inc. and Eye Safety Systems, Inc. submit this Revised Proposed Judgment and Order Regarding Plaintiffs' Motion for Default Judgment Against Defendant Pursuant to Federal Rule of Civil Procedure 55(b)(2), and all documents in support of Plaintiffs' Motion for Default Judgment, as well as any other evidence and arguments submitted by the parties, and good cause being shown, HEREBY ORDERS:

1.      Defendant and its officers, agents, employees, and all those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly infringing Eye Safety Systems, Inc.'s ("ESS") U.S. Patent No. 6,047,410 ("the '410 patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale and/or importing products which are covered by one or more claims of the '410 patent, including but not limited to KH Mountain's ("KHM") "Tactical ESS Fan Goggle" and "Oakley Style Military Polycarbonate Protection Glasses" products ("Accused Products");

2.      Defendant and its officers, agents, and employees and all those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from directly or indirectly infringing ESS's United States Patent No. D510,378 patent ("the D378 patent") in violation of 35 U.S.C. § 271 by making, using, selling, offering for sale and/or importing products which are covered by one or more claims of the D378 patent or are merely a colorable variation thereof, including but not limited to the Accused Products;

3.      Defendant and its officers, agents, employees, and all those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from:

1          A.    Using, copying, simulating, or in any other way infringing

2    Plaintiffs' federally registered and common law service marks, trade names, and

3    trade dress reflected in Federal Trademark Registration Nos. 1,521,599,

4    1,356,297 and 2,449,579 ("Plaintiffs' Marks");

5          B.    Manufacturing, importing, exporting, distributing, shipping,

6    introducing into commerce, offering for sale, selling, returning, disposing of,

7    packaging, repackaging, marketing, advertising, or supplying any goods which

8    bear, embody, display or affix Plaintiffs' Marks, including but not limited to the

9    Accused Products;

10          C.    Diluting and infringing any of Plaintiffs' Marks or any other

11    trademarks owned by Plaintiffs and damaging Plaintiffs' goodwill, reputation,

12    and businesses;

13        4.    This Court retains jurisdiction over this matter for the purpose of

14    making any further orders necessary or proper for the construction of this

15    Judgment, the enforcement thereof and the punishment of any violations

16    thereof.

17        5.    Plaintiffs are entitled to $20,650.33 in attorneys' fees.

18    ~~6.    Defendant shall immediately destroy, or cause to be destroyed all~~

19    ~~sunglasses, goggles and any other goods which bear Plaintiffs' marks or any~~

20    ~~mark confusingly similar to Plaintiffs' marks.~~

21        7.    After this Default Judgment has been entered by the Court,

22    Plaintiffs shall promptly serve a copy of it on Defendant, and Plaintiffs shall file

23    with the Court a proof of service thereof within 10 days thereafter.

24

25    **IT IS SO ORDERED**

26    Date: November 01, 2011    By: _____

27        The Honorable Cormac J. Carney
    United States District Judge

28    12103414
101611

-2-